**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLIFFY CARE LANDSCAPING LLC<br>on behalf of itself and all others similarly situated,<br>*Plaintiff*,<br>v.<br><br>FACEBOOK, INC., GOOGLE LLC, and ALPHABET INC.<br>*Defendants*. | Civil Action No. 1:21-cv-00360-KBJ<br>Assign Date: 2/09/2021<br>Description: Antitrust – Class Action |
| KININ, INC.<br>on behalf of itself and all others similarly situated,<br>*Plaintiff*,<br>v.<br><br>FACEBOOK, INC., GOOGLE LLC, and ALPHABET INC.<br>*Defendants*. | Civil Action No. 1:21-cv-00622-KBJ<br>Assign Date: 3/09/2021<br>Description: Antitrust – Class Action |
| RAINTREE MEDICAL AND CHIROPRACTIC CENTER LLC, and RODROCK CHIROPRACTIC PA<br>on behalf of themselves and all others similarly situated,<br>*Plaintiffs*,<br>v.<br><br>FACEBOOK, INC., GOOGLE LLC, and ALPHABET INC.<br>*Defendants*. | Civil Action No. 1:21-cv-00658-KBJ<br>Assign Date: 3/15/2021<br>Description: Antitrust – Class Action |

**UNOPPOSED MOTION FOR ORDER**
**CONSOLIDATING CASES AND ESTABLISHING DEADLINES**

Pursuant to Fed.R.Civ.P. 42(a), L.Cv.R. 7 and Item 5(f)(ii) of the General Order and Guidelines of this Court, plaintiffs hereby move for an order consolidating the above-captioned cases and establishing certain deadlines, and in support thereof state as follows:

1. Good cause exists for the Court to consolidate these cases and enter deadlines agreed upon by the parties. The parties have met and conferred prior to filing this motion pursuant to L.Cv.R. 7(m).

2. The actions pending before this Court to be consolidated are: (1) *Cliffy Care Landscaping LLC v. Facebook, Inc. et al*., Case No. 1:21-cv-00360-KBJ (D.D.C. filed February 09, 2021) (the "Cliffy Care Action"); (2) *Kinin, Inc. v. Facebook, Inc. et al*., Case No. 1:21-cv-00622-KBJ (D.D.C. filed March 8, 2021) (the "Kinin Action"); and (3) *Raintree Medical and Chiropractic Center LLC and Rodrock Chiropractic PA v. Facebook, Inc. et al*., Case No. 1:21-cv-00658-KBJ (D.D.C. filed March 12, 2021) (the "Raintree Action") (collectively, the "Actions"). Each of these actions has been deemed related and assigned to this Court (ECF 12) and (ECF 16).

3. Defendants have accepted service of the complaints in all three cases. Facebook, Inc., has accepted service and has a deadline to respond to the complaint in the Cliffy Care Action by April 13, 2021. Defendants, Google LLC and Alphabet Inc., have accepted service and have a deadline to respond to the complaint in the Cliffy Care Action by April 17, 2021. Defendants Facebook, Inc., Google LLC and Alphabet Inc. have accepted service and have a deadline to respond to the complaints in the Kinin Action and Raintree Action by May 14, 2021.

4. The Actions are substantially identical and involve identical claims and common questions of law and fact. Therefore, consolidation of the Actions will preserve the Court's resources and promote judicial efficiency.

## **<u>STATEMENT OF POINTS AND AUTHORITIES</u>**

Pursuant to Federal Rule of Civil Procedure 42(a), "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at

issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Where cases involve common questions of law and fact, a request by the parties to consolidate should be granted. *See, e.g., Small v. Vanda Pharms. Inc.*, 10 F. Supp. 3d 6, 9 (D.D.C. 2013).

**STATEMENT PURSUANT TO L.Cv.R. 7(m)**

Counsel for the parties met and conferred regarding this motion. Defendants Facebook, Inc., Google LLC, and Alphabet Inc. (collectively, "defendants") do not oppose the relief sought by plaintiffs. In not opposing plaintiffs' motion, defendants do not waive or limit any arguments or defenses that are or would have been available in the Cliffy Care Action, the Kinin Action, or the Raintree Action.

Subject to the Court's approval of plaintiffs' unopposed request to consolidate these actions, the parties have agreed to the following deadlines:

a. Plaintiffs shall file a Consolidated Amended Complaint no later than 30 days after the entry of an Order consolidating the Actions.

b. Defendants shall answer or otherwise respond to the Consolidated Amended Complaint no later than 60 days after it is filed, absent further agreement of the parties or order of the Court.

c. If a defendant responds to the Consolidated Amended Complaint by motion, plaintiffs' opposition will be due 45 days after the motion is filed and defendant's reply will be due 30 days after the opposition is filed.

Based on the foregoing, plaintiffs respectfully request the Court enter an Order consolidating the Actions and establishing the foregoing deadlines.

Dated: April 2, 2021

__/s/ *Jonathan Rubin*_______
Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
Timothy Z. LaComb (*pro hac vice*)
MOGINRUBIN LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

*Counsel for Cliffy Care, Kinin, Raintree, and Rodrock Plaintiffs*

Richard F. Lombardo (*pro hac vice pending*)
Peter F. Rottgers (*pro hac vice*)
SHAFFER LOMBARDO SHURIN
2001 Wyandotte Street
Kansas City, MO 64108
Tel: (816) 931-0500
Fax: (816) 931-5775
rlombardo@sls-law.com
prottgers@sls-law.com

*Counsel for Cliffy Care, Raintree, and Rodrock Plaintiffs*

Jason S. Hartley (*pro hac vice pending*)
Jason M. Lindner (*pro hac vice pending*)
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com
linder@hartleyllp.com

*Counsel for Kinin Plaintiffs*