# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFFY CARE LANDSCAPING LLC on behalf of itself and all others similarly situated,<br>    *Plaintiff*,<br>v.<br><br>FACEBOOK, INC., GOOGLE LLC, and ALPHABET INC.<br>    *Defendants*. | Civil Action No. 1:21-cv-00360-KBJ<br>Assign Date: 2/09/2021<br>Description: Antitrust – Class Action |
| KININ, INC. on behalf of itself and all others similarly situated,<br>    *Plaintiff*,<br>v.<br><br>FACEBOOK, INC., GOOGLE LLC, and ALPHABET INC.<br>    *Defendants.* | Civil Action No. 1:21-cv-00622-KBJ<br>Assign Date: 3/09/2021<br>Description: Antitrust – Class Action |
| RAINTREE MEDICAL AND CHIROPRACTIC CENTER LLC, and RODROCK CHIROPRACTIC PA on behalf of themselves and all others similarly situated,<br>    *Plaintiffs*,<br>v.<br><br>FACEBOOK, INC., GOOGLE LLC, and ALPHABET INC.<br>    *Defendants*. | Civil Action No. 1:21-cv-00658-KBJ<br>Assign Date: 3/15/2021<br>Description: Antitrust – Class Action |

**[PROPOSED] ORDER CONSOLIDATING CASES
AND ESTABLISHING DEADLINES**

The Court has read and considered the plaintiffs' Unopposed Motion for Order Consolidating Cases and Establishing Deadlines filed on April 2, 2021.

For the reasons stated in the Motion and for good cause shown, the Court hereby CONSOLIDATES the above-captioned actions and sets the following deadlines:

Plaintiffs shall file a Consolidated Amended Complaint no later than 30 days after the entry of this Order.

Defendants shall answer or otherwise respond to the Consolidated Amended Complaint no later than 60 days after it is filed, absent further order of the Court.

If a defendant responds to the Consolidated Amended Complaint by motion, plaintiffs' opposition will be due 45 days after the motion is filed and defendant's reply will be due 30 days after the opposition is filed.

SO ORDERED this _____ day of _____, 2021.

_____
KETANJI B. JACKSON
UNITED STATES DISTRICT JUDGE

**L.Cv.R. 47(h)**

Pursuant to LCrR 47(h), below is the list of all attorneys to be notified of the entry of this Order.

Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
Timothy Z. LaComb (*pro hac vice*)
MOGINRUBIN LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

*Counsel for Cliffy Care, Kinin, Raintree, and Rodrock Plaintiffs*


Thomas O. Barnett
COVINGTON & BURLING LLP
850 10th Street, NW Washington, D.C. 20001
(202) 662-5407
tbarnett@cov.com

*Counsel for Defendant Facebook, Inc.*



Kevin J. Orsini
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 8th Avenue
New York, NY 10019
212-474-1596
Korsini@cravath.com
*Counsel for Defendant Facebook, Inc.*

Richard F. Lombardo (*pro hac vice pending*)
Peter F. Rottgers (*pro hac vice*)
SHAFFER LOMBARDO SHURIN
2001 Wyandotte Street
Kansas City, MO 64108
Tel: (816) 931-0500
Fax: (816) 931-5775
rlombardo@sls-law.com
prottgers@sls-law.com
*Counsel for Cliffy Care, Raintree, and Rodrock Plaintiffs*

Jason S. Hartley (*pro hac vice pending*)
Jason M. Lindner (*pro hac vice pending*)
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com
linder@hartleyllp.com
*Counsel for Kinin Plaintiffs*

Justina Sessions
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300, San Francisco, CA 94105
(415) 947-2197
jsessions@wsgr.com

*Counsel for Defendants Alphabet, Inc. and Google, LLC*